UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY, | Case No. 1:23-cv-00643-ADA-CDB |
| Plaintiff, | ORDER ON STIPULATION EXTENDING DEFENDANT THORN'S TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT |
| v. | |
| ESG REPUBLIC, INC., ET AL., | |
| Defendants. | (Doc. 12) |

Pending before the Court is the Parties' stipulation requesting that Defendant Jeffrey D. Thorn be granted a 15-day extension to respond to Plaintiff's First Amended Complaint. Based on the parties' representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, Defendant Thorn shall have until no later than July 27, 2023, to respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:   **July 5, 2023**

UNITED STATES MAGISTRATE JUDGE