UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESG REPUBLIC, INC., ET AL.,<br><br>Defendants. | Case No. 1:23-cv-00643-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING VENSURE DEFENDANTS' TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT<br><br>(Doc. 15) |

Pending before the Court is the stipulation of Plaintiff American Zurich Insurance Company and Defendants Vensure Employer Services, Inc., Vensure HR, Inc., Worklogic HR Insurance Services, Thorn Insurance Services LLC, and Bradley C. Burks (collectively Vensure Defendants) seeking an order extending the time within which the Vensure Defendants must respond to Plaintiff's First Amended Complaint.

Based on the parties' representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, the Vensure Defendants shall file an answer or pre-answer motion to the First Amended Complaint no later than August 14, 2023.

/ / /

/ / /

1   No further request to extend the Vensure Defendants' response deadline will be
2   considered by the Court unless it is accompanied by affidavits or declarations that establish good
3   cause for granting the relief requested.  Any such request – whether by stipulation or motion –
4   shall be filed no later than August 8, 2023.

5   IT IS SO ORDERED.

6   Dated:   **August 2, 2023**                                    _____
7                                                                  UNITED STATES MAGISTRATE JUDGE