1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALORNIA

10
11
12

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>   v.<br><br>ESG REPUBLIC, INC., ESG REPUBLIC II, LLC, WORKLOGIC HR INSURANCE SERVICES LLC, BRADLEY C. BURKS, JEFFREY D. THORN, VENSURE HR, INC. and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No. 1:23-cv-00643-NODJ-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 32)<br><br>**JANUARY 22, 2024, DEADLINE** |

13
14
15
16
17
18
19
20

Plaintiff initiated this action with the filing of a complaint on April 27, 2023.  (Doc. 1).

On June 28, 2023, Plaintiff filed the now-operative first amended complaint.  (Doc. 11).

21
22

Pursuant to the scheduling order entered in this action, any motions to amend the

23

pleadings were to be filed by January 13, 2024. (Doc. 21 at 3).  The scheduling order further

provides:

24
25
26
27
28

> All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any modification to the existing schedule, *see Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992), and (B) establish, under Fed. R. Civ. P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see Foman v. Davis*, 371 U.S. 178, 182 (1962).

*Id.*

Pending before the Court is the parties' stipulated request to permit Plaintiff to file a second amended complaint.  (Doc. 32).  Although the filing was made several days after the deadline to request leave to file an amended pleading, the Court had considered the *Foman* factors set forth above and finds good cause to grant Plaintiff leave to file a second amended complaint.

For the foregoing reasons, it is HEREBY ORDERED:

1. No later than **January 22, 2024**, Plaintiff SHALL FILE as a stand-alone docket entry the second amended complaint attached as Exhibit A to the parties' stipulation (Doc. 32 pp. 5-15); and

2. Defendants' time to respond to Plaintiff's second amended complaint shall be governed by Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:   **January 17, 2024**

UNITED STATES MAGISTRATE JUDGE